1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7301
7     FAX: (415) 436-7027
      christopher.vieira@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00389 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| JENNIFER RENEE MCPIKE, DRAY TERRY MOSBY, and EFRAIN GERARDO SANTAMARIA, | |
| Defendants. | |

Defendant, JENNIFER RENEE MCPIKE, represented by Brian Berson, Defendant EFRAIN GERARDO SANTAMARIA, represented by Gabriela Bischof, Assistant Federal Public Defender, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court on November 21, 2017 for a status conference. Counsel for both defendants represented that additional time was needed for attorney preparation and investigation.

The Court set a further status conference for January 9, 2018, at 2:30 p.m. Defendants requested that time be excluded under the Speedy Trial Act between November 21, 2017 and January 9, 2018 to conduct necessary investigation. The Government did not object to the request to exclude time.

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on January 9, 2018.

2. The time between November 21, 2017 and January 9, 2018 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 11/27/2017

/s/ *Gabriela Bischof*
GABRIELA BISCHOF
Counsel for Efrain Gerardo Santamaria

Dated: 11/27/2017

/s/ *Brian Berson*
BRIAN BERSON
Counsel for Jennifer Renee McPike

Dated: 11/27/2017

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: 11/27/17

RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS