BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00389 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| JENNIFER RENEE MCPIKE, DRAY TERRY MOSBY, and EFRAIN GERARDO SANTAMARIA, | |
| Defendants. | |

    Defendant, JENNIFER RENEE MCPIKE, represented by Brian Berson, Defendant EFRAIN GERARDO SANTAMARIA, represented by Gabriela Bischof, Assistant Federal Public Defender, Defendant DRAY TERRY MOSBY, represented by Martin Sabelli, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, are currently scheduled to appear before the Court on January 9, 2018 for a status conference. Counsel for Defendant MOSBY will be outside of the country and unable to attend the January 9, 2018 status conference. Pretrial Services' CAP assessment for Defendant MCPIKE was delayed and is still pending, but should be available within the next several days. Counsel for Defendant SANTAMARIA needs additional time to review discovery

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS

with her client. Counsel for all defendants represent that additional time is needed for attorney preparation and investigation.

Given these circumstances, and the parties' desire for a productive status conference, the parties agree, and the Court finds and holds, as follows:

1. This matter is continued from January 9, 2018 to January 16, 2018.

2. The time between January 9, 2018 and January 16, 2018 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 1/4/2018

/s/ *Gabriela Bischof*
GABRIELA BISCHOF
Counsel for Efrain Gerardo Santamaria

Dated: 1/4/2018

/s/ *Brian Berson*
BRIAN BERSON
Counsel for Jennifer Renee McPike

Dated: 1/4/2018

/s/ *Martin Sabelli*
MARTIN SABELLI
Counsel for Dray Terry Mosby

Dated: 1/4/2018

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: 1/5/18

RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS