**Brian P. Berson, Esq.**

California State Bar No. 130249
Law Offices of Brian P. Berson
1000 Brannan St. #488
San Francisco, CA 94103
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 522-1506

Counsel for Defendant **JENNIFER MCPIKE**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 17-389-RS |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER FOR PRE-PLEA REPORT** |
| | ) **ON PRIOR RECORD** |
| JENNIFER MCPIKE | ) |
| Defendant. | ) |

**STIPULATION**

The defense has requested a pre-plea report in order to help determine defendant McPike's criminal history category. The defense believes it to be Category I, the government believes it to be Category II. Resolution of this issue may help resolve the case. Thus, the parties jointly agree and stipulate that a pre-plea report regarding Ms. McPike's criminal record should be prepared.

So stipulated,

1

Date: March 2, 2018          /S/-Brian Berson
                             BRIAN P. BERSON
                             Attorney for Jennifer McPike


Date: March 2, 2018          /S/-Christopher Vieira
                             CHRISTOPHER VIEIRA
                             Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated above, the U.S. Probation Office is directed to prepare a pre-plea report on Ms. McPike, only regarding her criminal history.

So ordered.

Dated: 3/2/18                _____
                             THE HONORABLE JUDGE SEEBORG
                             United States District Judge