MARTÍN A. SABELLI (SBN 164772)
Law Offices of Martín A. Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
Email: msabelli@sabellilaw.com

Attorneys for Defendant
DRAY MOSBY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-389 RS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE TRIAL DATE BY ONE DAY AND [PROPOSED] ORDER |
| JENNIFER RENEE MCPIKE, DRAY TERRY MOSBY, and | |
| Defendants. | |

On March 20, 2018, the parties appeared before this Court and set a trial date of July 30, 2018. Undersigned counsel later realized that he is committed to being in Miami on Sunday, July 29, 2018 for the annual meeting of the Board of Directors for the National Association of Criminal Defense Lawyers for which he is an elected officer. The meeting will not interfere with counsel's preparation for trial. However, given the logistics of cross country travel, undersigned counsel has requested of the other parties that the trial begin July 31 rather than July 30 (in part to avoid disruption should there be travel delays). The parties estimate that this trial will require approximately two to three days including voir dire.

Both the government and counsel for Ms. McPike have courteously agreed.

1     Therefore, IT IS HEREBY STIPULATED, by and between the parties to this action that the trial

2 date be continued for one day to begin on July 31, 2018.

3     IT IS SO STIPULATED.

4 DATED: March 22, 2018     ALEX G. TSE
Acting United States Attorney

    /s/
CHRISTOPER VIEIRA
Assistant United States Attorney

DATED: March 22, 2018

    /s/
BRIAN BERSON
Counsel for Defendant
JENNIFER RENEE McPIKE

DATED: March 22, 2018

    /s/
MARTIN SABELLI
Counsel for Defendant
DRAY MOSBY

### [PROPOSED] ORDER

It is hereby ORDERED that the trial date be continued for one day to begin onJuly 31, 2018.

IT IS SO ORDERED.

DATED: 3/23/18

HON. RICHARD SEEBORG
United States District Judge

STIPULATION TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER
Case No. CR 17-389 RS