1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7301
7       FAX: (415) 436-7027
        christopher.vieira@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 17-00389 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | SETTING HEARING DATE AND EXCLUDING |
| v. ) | TIME FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION |
| JENNIFER RENEE MCPIKE, ) | |
| DRAY TERRY MOSBY, and ) | |
| EFRAIN GERARDO SANTAMARIA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant, JENNIFER RENEE MCPIKE, represented by Brian Berson, Defendant DRAY TERRY MOSBY, represented by Martin Sabelli, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court on March 20, 2018 for a trial setting conference. Counsel for both defendants represented that additional time was needed for attorney preparation and investigation.

The Court set trial for July 30, 2018 at 9:00 a.m. and subsequently continued the trial date to July 31, 2018 per a request by the parties. Defendants request that time be excluded under the Speedy Trial Act between March 20, 2018 and July 31, 2018 to conduct necessary investigation. The Government

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS

does not object to the request to exclude time.

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for trial on July 31, 2018.
2. This matter is set before this Court for a Pretrial Conference on July 13, 2018.
3. This matter is set before this Court for Jennifer Renee McPike's change of plea on April 24, 2018.
4. The time between March 20, 2018 and July 31, 2018 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 3/26/2018
/s/ *Martin Sabelli*
MARTIN SABELLI
Counsel for Dray Terry Mosby

Dated: 3/26/2018
/s/ *Brian Berson*
BRIAN BERSON
Counsel for Jennifer Renee McPike

Dated: 3/26/2018
/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: 3/27/18

RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS